# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>STARBUCKS CORPORATION, a corporation, and Does 1 through 50, inclusive,<br><br>       Defendants. | Case No. 2:23-cv-9397 MEMF (AJRx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: September 8, 2023<br>Trial Date: None<br>District Judge: Hon. Maame Ewusi-Mensah Frimpong<br>    Courtroom 8B, First St.<br>Magistrate Judge: Hon. A. Joel Richlin<br>    Courtroom 780, Roybal |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties. Further, all parties are to bear their own attorneys' fees and costs incurred in this instant action. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: May 27, 2025

Honorable Maame Ewusi-Mensah Frimpong
United States District Judge